1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10  JAMES PORTER, III,                    )   No. EDCV 06-1118 R (FFM)
                                          )
11              Petitioner,               )   ORDER ACCEPTING FINDINGS,
                                          )   CONCLUSIONS AND
12       v.                               )   RECOMMENDATIONS OF
                                          )   UNITED STATES MAGISTRATE JUDGE
13  DERRICK L. OLLISON, Warden,           )
                                          )
14              Respondent.               )
    _____)
15

16          Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this

17  action, the attached Report and Recommendation of United States Magistrate Judge

18  ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with

19  and accepts the findings of fact, conclusions of law, and recommendations contained in

20  the Report after having made a de novo determination of the portions to which

21  objections were directed.

22          IT IS ORDERED that judgment be entered dismissing the Petition on the merits

23  with prejudice.

24  DATED: October 24, 2011

25

26                                        _____
27                                                MANUEL L. REAL
                                              United States District Judge
28