UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORTER, III, | No. EDCV 06-1118 R (FFM) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| DERRICK L. OLLISON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 24, 2011

_____
MANUEL L. REAL
United States District Judge